UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LEELAND CHO,<br><br>    Defendant. | ) CASE NO. CR12-372 RSL<br>)<br>)<br>) DETENTION ORDER<br>)<br>) |

<u>Offense charged</u>:    Felon in Possession of a Firearm

<u>Date of Detention Hearing</u>:    December 13, 2012.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.    Defendant was charged by Information and has pled guilty to the offense of

DETENTION ORDER
PAGE -1

01  Felon in Possession of a Firearm (Dkt. 1, 8.)  Sentencing is set for March 15, 2013.
02  Defendant is already in custody for violating the conditions of supervised release in CR09-312
03  RSL. Disposition of that matter is also set for March 15, 2013 before Judge Lasnik.  Therefore,
04  the issue of release is moot, since defendant would not be released from custody if an
05  appearance bond was issued in this case.  Defendant does not oppose entry of an order of
06  detention.
07      2.  There does not appear to be any condition or combination of conditions that will
08  reasonably assure the defendant's appearance at future Court hearings while addressing the
09  danger to other persons or the community.
10  It is therefore ORDERED:
11    1. Defendant shall be detained pending trial and committed to the custody of the Attorney
12       General for confinement in a correction facility separate, to the extent practicable, from
13       persons awaiting or serving sentences or being held in custody pending appeal;
14    2. Defendant shall be afforded reasonable opportunity for private consultation with
15       counsel;
16    3. On order of the United States or on request of an attorney for the Government, the
17       person in charge of the corrections facility in which defendant is confined shall deliver
18       the defendant to a United States Marshal for the purpose of an appearance in connection
19       with a court proceeding; and
20    4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel
21  ///
22  ///

DETENTION ORDER
PAGE -2

for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 14th day of December, 2012.

    /S/ MARY ALICE THEILER
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3